822 A.2d 1211

DIVISION OF PRETRIAL DETENTION AND SERVICES

v.

**Valerie KNIGHT.**

**No. 124 Sept. Term, 2002.**

Court of Appeals of Maryland.

May 2, 2003.

David Kennedy, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen. of MD, and Glenn T. Morrow, Asst. Atty. Gen., and Judith Barr, Staff Atty., on brief), Baltimore, for Petitioner.

Howard Avrum Miliman (D'Alesandro & Miliman, P.A., on brief), Baltimore, for Respondent.

Argued before BELL, C.J., ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL and BATTAGLIA, JJ.

### PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 2nd day of May, 2003,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.